IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PALMER WARD                                                                    PLAINTIFF

VS.                                    CASE NO. 1:17CV00110 PSH

NANCY A. BERRYHILL, Commissioner,
   Social Security Administration                                              DEFENDANT

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 15th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE